**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard A. Spano                      CHAPTER 13

                     Debtor(s)

                                            BKY. NO. 22-11568 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB and index same on the master mailing list.

                                                   Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
23 Jun 2022, 09:58:24, EDT

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322