**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  Richard A. Spano | : | Chapter  13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11568-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated  6/17/2022  and this case be and the same is hereby DISMISSED.

July 6, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:   Attorney  Disclosure  Statement
Chapter 13 Plan
Schedules A/B-J
 Means Test Calculation 122C-2
Summary of . Assets & Liabilities B106
Statement of Financial Affairs
Chapter 13 Income Form 122C-1