United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard A. Spano  
    Debtor

Case No. 22-11568-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 07, 2022     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard A. Spano, 10 Misty Meadow Dr., West Chester, PA 19382-7096 |
| cr | + | Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, UNITED STATES 19102-2100 |
| 14701247 | + | Absolute Mortage Co. Inc., 1247 Ward Ave. Ste. 200, West Chester, PA 19380-3441 |
| 14701248 | + | Absolute Mortgage Co., 10 Misty Meadow Dr., West Chester, PA 19382-7096 |
| 14701249 | + | Deirdre M. Richards, Fineman Krekman & Harris PC, 1801 Market St. Ste. 1140, Philadelphia, PA 19103-1610 |
| 14701237 | + | Headway Capital LLC, c/o Lloyd S. Markind, Esq., 1060 Andrew Dr. - Ste. 170, West Chester, PA 19380-5601 |
| 14701238 | + | Jyll A. Spano, 10 Misty Meadow Dr., West Chester, PA 19382-7096 |
| 14701250 | + | Kennett Square Golf & Country Club, 100 E. Locust Lane, Kennett Square, PA 19348-1718 |
| 14701239 | + | Liberty Mutual Insurance Company, 175 Berkeley Street, Boston, MA 02116-3350 |
| 14701470 | + | MANUFACTURERS AND TRADERS TRUST COMPANY, C/O Rebecca Solarz, Esq., KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14701240 | + | Michael Vagnoni, Esq., Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market St. - #3400, Philadelphia, PA 19102-2100 |
| 14700041 | + | Obermayer Rebmann Maxwell & Hippel LLP, c/o Michael D. Vagnoni, Esq., Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14701252 | + | Queen Funding LLC, 101 Chase Ave., Ste. 207-208, Lakewood, NJ 08701-4762 |
| 14701253 | + | Radley Run Country Club, 1100 Country Club Road, West Chester, PA 19382-8097 |
| 14701254 | + | Spano Industries, 10 Misty Meadow Dr., West Chester, PA 19382-7096 |
| 14701242 | + | Spano Industries LLC, 45 E. City Ave., Bala Cynwyd, PA 19004-2421 |
| 14701255 | + | Steven Koplove, Esq., Kraft and Kraft P.C., 3200 Penrose Ferry Rd., Philadelphia, PA 19145-5500 |
| 14701256 | + | Thomas Golden, 87 Dilworthtown Rd, Thornton, PA 19373-1110 |
| 14701257 | + | Thomas R. Dominczyk, Esq., Maurice Wutscher LLP, 5 Walter E Foran Blvd Ste 2007, Flemington, NJ 08822-4674 |
| 14701244 | + | US Bank N.A., c/o Larry S. Eisman, Esq., 919 Conestoga Rd. Bldg. 3, Ste. 114, Bryn Mawr, PA 19010-1352 |
| 14700973 | + | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14699839 | | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esq., Neshaminy Interplex, Suite 215, Trevose PA 19053 |
| 14701246 | + | Wells Fargo Home Equity, 420 Montgomery Street, San Francisco, CA 94104-1207 |
| 14701258 | + | Wells Fargo/Wachovia, 123 S. Broad St., Philadelphia, PA 19109-1094 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14701233 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 08 2022 00:07:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 14701235 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 08 2022 00:07:00 | CCS Collections, 725 Canton Street, Norwood, MA 02062-2679 |
| 14701236 | | Email/Text: ebnnotifications@creditacceptance.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2022 00:07:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Southfield, MI 48034 |
| 14701234 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2022 00:12:56 | Capital One Bank USA NA, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 14701950 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2022 00:07:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14701241 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2022 00:07:00 | Santander Consumer USA, 8585 N Stemmons Fwy, Ste 1100-N, Dallas, TX 75247-3822 |
| 14701243 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 08 2022 00:07:00 | State of California, Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0011 |
| 14701245 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 08 2022 00:07:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive Suite 550, Weldon Springs, MO 63304-2225 |
| 14700973 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 08 2022 11:44:43 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14701251 | ##+ | Merchants Capital Access/Reliant Funding, 525 Broadhollow Rd., Melville, NY 11747-3718 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Richard A. Spano jgagliardi@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK FSB bkgroup@kmllawgroup.com, |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jul 07, 2022 Form ID: pdf900 Total Noticed: 34

      rsolarz@kmllawgroup.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  Richard A. Spano | : | Chapter  13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11568-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated  6/17/2022  and this case be and the same is hereby DISMISSED.

July 6, 2022

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:    Attorney  Disclosure  Statement
Chapter 13 Plan
Schedules A/B-J
 Means Test Calculation 122C-2
Summary of . Assets & Liabilities B106
Statement of Financial Affairs
Chapter 13 Income Form 122C-1